UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
BRIAN MICHELS,

                                         Plaintiffs,

     -against-

THE CITY OF NEW YORK, et al.,                       08 CV 5617 (MGC)(THK)

                                        Defendants.
-------------------------------------------------------------- x

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendants City of New York, New York City Police Department and Police Officer John Hidalgo to answer or otherwise respond to the complaint is enlarged to September 20, 2008.

Dated: New York, New York
       July 15, 2008

David L. Bromberg, Esq.
Jonathan A. Fink, Esq.
Attorneys for Plaintiff
40 Exchange Place, Suite 2010
New York, NY City 10005
New York, NY 10005

By: _____
    Jonathan A. Fink, Esq.

MICHAEL A. CARDOZO
Corporation Counsel
    of the City of New York
Attorney for Defendants City of New York and
New York City Police Department
100 Church Street
New York, NY 10007
(212) 788-8684

By: _____
    Maurice L. Hudson
    Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.