# AFFIDAVIT OF SERVICE

Index #: **08 CIV 5617**

Date Purchased: **June 20, 2008**

Date Filed: _____

Court Date: _____

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

### COUNTY

ATTORNEY(S): Jonathan A. Fink Esq. : FINK & KATZ, PLLC    PH: 212-385-1373

ADDRESS: 40 EXCHANGE PL #2010  New York  N.Y.  10005    File No.:

**BRIAN MICHELS,**
vs.
**THE CITY OF NEW YORK, et al.,**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

_____ HARRY  TORRES _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____ July 2, 2008 _____ at _____ 4:02 PM _____

at _____ ONE POLICE PLAZA  14TH FLOOR   NEW YORK, NY 10038 _____, deponent served the within

**Summons In A Civil Case and Complaint and Jury Demand**

with Index Number _____ 08 CIV 5617 _____, and Date Purchased _____ June 20, 2008 _____ endorsed thereon,

on: **THE NEW YORK CITY POLICE DEPARTMENT** _____, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering to and leaving with _____ LORI COSTELLO ESQ. - ATTORNEY _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| thereat on the | _____ day of _____ | at _____ |
| on the | _____ day of _____ | at _____ |
| on the | _____ day of _____ | at _____ |
| on the | _____ day of _____ | at _____ |

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)
Sex _Female_   Color of skin _White_   Color of hair _Black_   Age _21 - 35 Yrs._   Height _5' 0" - 5' 3"_
Weight _100 - 130 Lbs._   Other Features: _____

**#8 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER**

Sworn to before me on this _9_ day of _July, 2008_

_____
BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

_____
HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0828815

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150,  WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*